DICHELLO DISTRIBUTORS, INC. *v.* CONNECTICUT
FORK LIFT, INC.
(2908)

HULL, SPALLONE and DALY, Js.

Argued March 6—decision released April 16, 1985

*Simon Sumberg,* for the appellant (plaintiff).
*Susan S. Chambers,* for the appellee (defendant).

PER CURIAM. There is no error.